

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

September 1, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 9:26:03 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: LONNIE JACKSON

Cause No: 1427560

Court: 183TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 8/25/15
**Sentence Imposed Date:** 8/25/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1427560

## THE STATE OF TEXAS
v
LONNIE JACKSON A/K/A/ _____

_____183_____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 25 2015

Time: _____
Harris County, Texas
By_____
Deputy

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___AUGUST 25 2015___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___8-25-15___
**Date**

___LONNIE JACKSON___
**Defendant (Printed name)**

_____ (signature)
**Attorney (Signature)**

___RANDY MARTIN___
**Attorney (Printed name)**

___13099500___
**State Bar Number**

___1201 FRANKLIN, 17th___
**Address**

___713-368-0016___
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

___Lonnie Jackson___
**Defendant (Signature)**

___Lonnie Jackson___
**Defendant's Printed name**

~~SWORN TO AND SUBSCRIBED BEF~~ORE ME ON ___AUG 2 5 2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __8/25/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

13/996

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record.

131989

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set.

    ☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: __8/25/15__

_____
JUDGE PRESIDING,
185 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1427560

THE STATE OF TEXAS

v.

LONNIE JACKSON, Defendant

IN THE 183 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

**AUG 2 5 2015**

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x Lonnie Jackson
_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk

**AUG 25 2015**

Time: _____
Harris County, Texas

By _____ Deputy

_____
Defendant's Counsel

State Bar of Texas ID number: 13099500

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

CLERK

# APPEAL CARD  1st

Court **183**  10-24-15  Cause No. **1427560**

## The State of Texas
### Vs

Lonnie Jackson

8-25-15

**Date Notice Of Appeal:** 8-25-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Vanessa Velasquez

**Court Reporter** Billy Jalufka

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Ray Martin

**Attorney on Appeal** TBD

Appointed ✓ Hired_____

**Offense** Agg Sex Asslt Child Under 14

**Jury Trial** Yes ✓ No_____

**Punishment Assessed** 10 YRS TDC

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes ✓ No_____

22/996

**Date Submitted To Appeal Section** 8-25-15

**Deputy Clerk** AM